**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **Lanita Stewart** | : | **Chapter 13** |
| | | : | |
| | | : | **Bankruptcy Case Number** |
| | | : | **26-10303 DJB** |

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that on April 2, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

**Date: 4/2/26**

\s\ **Michael Schwartz**
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**
707 Lakeside Park
Southampton, PA 18966
215-396-7900
msbankruptcy@gmail.com

MAILING LIST EXHIBIT

Creditors:

**Via Email**
**Portfolio Recovery Associates (Cap One 5751)**
**Claim 15**
**Email:  pocnotification@rasflaw.com**

**Via ECF NOTICES (Matthew Fissel)**
**Loan Care LLC/Lakeview Loan Servicing**
**Claim 11**

**Via Email**
**Police and Fire Fed Credit Union**
**Claims 10, 9, 8**
**Email: smithj3@PFFCU.org**

**Via Email**
**Westlake Services, LLC**
**POC 1**
**Email:  securedbankruptcy@resurgent.com**

**Via Email**
**AMERICAN EXPRESS**
POC 7, 6
Acc.: 1008, 1009
Email: proofofclaim@becket-lee.com

**Via Regular Mail**
**APPLE CARD/GS BANK USA**
LOCKBOX 6112
PO BOX 7247
PHILADELPHIA, PA 19170
Acc.: 2047

**Via Regular Mail**
**CAPITAL ONE BANK USA**
PO BOX 31293
SALT LAKE CITY, UT 84131
Acc.: 5548, 5667

**Via Email**
**Portfolio Recovery (CAPITAL ONE BANK USA)**
**POC 14, 15**
Acc.: 5751, 5584
Email: bankruptcy_info@portfoliorecovery.com

**Via Email**
**Quantum3 Group LLC/**
**COMENITYCAPITAL/DELL**
**Claim 13**
Acct: 9388
Email: claims@quantum3group.com

**Via Regular Mail**
**DISCOVER CARD**
PO BOX 30939
SALT LAKE CITY, UT 84130
Acc.: 5745, 3386, 4310

**Via Email**
**FORGE CU FKA PSTC FCU**
POC 2
Acc.: 0483
Email: rachael@forgecu.org

**Via Email**
**JPMCB CARD SERVICES**
**POC 5,4**
Acc.: 0774, 0577
Email: pocquestions@nbsdefaultservices.com

**Via Regular Mail**
**Office of UC Benefits**
Benefit Payment Control & Bene Integ
651 Boas Str Room 608
Harrisburg, PA 17121

**Via Email**
**SUN FEDERAL CREDIT U**
POC 3
Acc.: 8789
Email: bronationalecf@weltman.com

**Via Email**
**SYNCB/LOWES**
**Claim 12**
Acc.: 4062
Email: bankruptcy@jcap.com

US Trustee, Kenneth West via CM/ECF system