United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 26-10303-djb

Lanita Stewart                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 30, 2026 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lanita Stewart, 1610 Farrington Road, Philadelphia, PA 19151-2714 |
| 15104780 | + | FORGE FEDERAL CREDIT UNION., c/o M. Jacqueline Larkin, Esq., Larkin & Vakil, 22 W. Second Street, Media, PA 19063-2823 |
| 15096881 | + | Law Office of Michael Schwartz, 707 Lakeside Park, Southampton, PA 18966-4020 |
| 15111106 | + | Office of UC Benefits, Benefit Payment Control, 651 Boas St, Room 608, Harrisburg, PA 17121-0725 |
| 15096885 | + | THE POLICE & FIRE FC, 3333 STREET RD, BENSALEM, PA 19020-2022 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15096872 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2026 03:02:39 | AMERICAN EXPRESS, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 15096873 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 03:03:03 | AMEX/CBNA, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 15096874 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 01 2026 02:57:00 | APPLE CARD/GS BANK USA, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-0001 |
| 15107885 | | Email/PDF: bncnotices@becket-lee.com | May 01 2026 03:02:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15096875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2026 03:02:06 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 15096876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2026 02:57:00 | COMENITYCAPITAL/DELL, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 15124079 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2026 03:03:03 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15096877 | + | Email/Text: mrdiscen@discover.com | May 01 2026 02:57:00 | DISCOVER CARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 15096878 | ^ | MEBN | May 01 2026 02:44:28 | DISCOVER PERSONAL LO, 502 E MARKET ST, GREENWOOD, DE 19950-9700 |
| 15096879 | + | Email/Text: loans@forgecu.org | May 01 2026 02:57:00 | FORGE CU FKA PSTC FCU, 1402 BYWOOD AVE, UPPER DARBY, PA 19082-3720 |
| 15104797 | + | Email/Text: loans@forgecu.org | May 01 2026 02:57:00 | Forge Federal Credit Union, 1402 Bywood Avenue, Upper Darby, PA 19082-3720 |
| 15115312 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2026 02:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15096880 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2026 03:02:37 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 15105774 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 01 2026 02:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 30, 2026 | Form ID: 155 | Total Noticed: 30

| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

15096882 + Email/Text: LC-Bankruptcy-RF@loancare.net

May 01 2026 02:57:00   LOANCARE SERVICING C, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262

15099156 ^ MEBN

May 01 2026 02:43:43   Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541

15110634 + Email/Text: LC-Bankruptcy-RF@loancare.net

May 01 2026 02:57:00   Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262

15123814 Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com

May 01 2026 03:02:09   PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541

15108870 + Email/Text: bankruptcy1@pffcu.org

May 01 2026 02:57:00   Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022

15120793 Email/Text: bnc-quantum@quantum3group.com

May 01 2026 02:57:00   Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788

15096883 + Email/Text: consumerlending@sunfcu.org

May 01 2026 02:57:00   SUN FEDERAL CREDIT U, 1627 HOLLAND RD, MAUMEE, OH 43537-1622

15105670 + Email/Text: BKRMailOps@weltman.com

May 01 2026 02:57:00   SUN FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH 44131-2191

15096884 + Email/PDF: ais.sync.ebn@aisinfo.com

May 01 2026 03:02:56   SYNCB/LOWES, PO BOX 71746, PHILADELPHIA, PA 19176-1746

15096886 + Email/Text: bankruptcynotice@westlakefinancial.com

May 01 2026 02:57:00   Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807

15103650 + Email/PDF: resurgentbknotifications@resurgent.com

May 01 2026 03:02:39   Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15107888 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15105990 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026          Signature:          /s/Gustava Winters

District/off: 0313-2                         User: admin                                    Page 3 of 3

Date Rcvd: Apr 30, 2026                      Form ID: 155                                   Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARY JACQUELINE LARKIN | on behalf of Forge Federal Credit Union formerly PSTC Employees Federal Credit Union jackie@mvlawoffices.com georgia@mvlawoffices.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Lanita Stewart msbankruptcy@gmail.com  MSchwartz@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Lanita Stewart | ) | Case No. 26−10303−djb |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## **ORDER CONFIRMING PLAN UNDER CHAPTER 13**

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 30, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court