**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Lanita Stewart          :      **Chapter 13**

                                  :

                                  :      **Bankruptcy Case Number**
                                  :      **26-10303 DJB**

### <u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

     I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that I filed the motion to modify chapter 13 plan with the Clerk of the United States Bankruptcy Court on July 10, 2026 and sent notice via electronic notification and/or First Class Mail on July 10, 2026 to the Trustee and all parties; that they had fourteen (14) days to file an Answer, Objection or other responsive pleading; that more than fourteen (14) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading.  I therefore request that the Court enter the Order accompanying said Motion.

                         Respectfully Submitted,

                         _____\s\ Michael Schwartz_____
                         **MICHAEL SCHWARTZ, ESQUIRE**
                         Attorney for Debtor