**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **LANITA STEWART** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **26-10303 DJB** |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify Confirmed Plan (docket number 20, "the Motion"),

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Modified Chapter 13 Plan (Doc. #21 ) is **APPROVED**.

BY THE COURT:

**Date: August 13, 2026**

**Honorable Derek J. Baker**
**US Bankruptcy Judge**